UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON MUNN,

       Plaintiff,

v.                                            Case No. 1:20-cv-480
                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.

Dated:  September 29, 2021                          /s/ Ray Kent
                                                                   United States Magistrate Judge